| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Hughes, Lynn N. | 2. Court or Organization<br><br>Southern District of Texas | 3. Date of Report<br><br>05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>Suite 11122<br>515 Rusk Street<br>Houston, Texas 77002 | | |
| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Independent Executor | Estate ▨ , no interest, no compensation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. **********Land********** | | | | | | | | | |
| 2. Tract One, Colorado County, Texas; grazing | C | Rent | M | R | | | | | 12/30/91 -- $185,500 |
| 3. Tract Two, Colorado & Wharton Counties, Texas; rice | E | Rent | N | R | | | | | 12/30/91 -- $332,112 |
| 4. TwoTract Two, Grant of Easement (Y) Wharton County, Texas | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. **********Minerals******** | | | | | | | | | |
| 8. San Juan County, New Mexico - 1 Production Gathering | A | Royalty | J | W | | | | | |
| 9. San Juan County, New Mexico - 2 Blue Door | A | Royalty | J | W | | | | | |
| 10. San Juan County, New Mexico - 3 McLane Family | A | Royalty | J | W | | | | | |
| 11. Coleman County, Texas Sunoco | B | Royalty | K | W | | | | | |
| 12. Nueces County, Texas Devon (now Linn) | A | Royalty | J | W | | | | | |
| 13. San Juan County, New Mexico - 4 CML Exploration | A | Royalty | J | W | | | | | |
| 14. Wharton County, Texas -1 Everest | A | Royalty | J | W | | | | | |
| 15. San Juan County, New Mexico - 5 Flint Hills | A | Royalty | J | W | | | | | |
| 16. San Juan County, New Mexico - 6 ConocoPhillips | B | Royalty | J | W | | | | | |
| 17. Wood County, Texas - Estate Southwest Operating | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wharton County, Texas - 2 NCEY | A | Royalty | J | W | | | | | |
| 19. Andrews County, Texas Vanguard | E | Royalty | J | W | | | | | |
| 20. San Juan County, New Mexico - 7 XTO Energy | B | Royalty | J | W | | | | | |
| 21. San Juan County, New Mexico - 8 BP America | A | Royalty | J | W | | | | | |
| 22. San Juan County, New Mexico - 9 Energen | B | Royalty | J | W | | | | | |
| 23. San Juan County, New Mexico - 10 SG Interests | A | Royalty | J | W | | | | | |
| 24. San Juan County, New Mexico - 11 Turner | A | Royalty | J | W | | | | | |
| 25. Wharton County, Texas - 3 151.32 Century Assets | D | Royalty | J | W | | | | | |
| 26. San Juan County, New Mexico - 12 Cross Timbers | A | Royalty | J | W | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. ********Mutual Funds********** | | | | | | | | | |
| 30. *WF Command Asset Program -- GPR | | | | | | | | | |
| 31. Invesco Global Real Estate Argyx | A | Dividend | | | Sold | 01/31/14 | M | A | |
| 32. Invesco International Growth | C | Dividend | N | T | | | | | |
| 33. Invesco Asia Growth | D | Dividend | O | T | | | | | |
| 34. Invesco Developing Markets | D | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Delaware Group Equity Funds II-Value | B | Dividend | | | Sold | 01/31/14 | M | A | |
| 36. Dreyfus Appreciation Fund | B | Dividend | | | Sold | 01/31/14 | M | A | |
| 37. RS Invt Emerging Markets Fund | B | Dividend | | | Sold | 01/31/14 | J | C | |
| 38. Hancock John Cap Ser Clasic | A | Dividend | | | Sold | 01/31/14 | J | C | |
| 39. Harbor Fund Intl Fund Instl Hainx | B | Dividend | J | T | | | | | |
| 40. Eagle Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 41. Keeley Funds Small Cap | A | Dividend | J | T | | | | | |
| 42. Columbia Value | D | Dividend | N | T | | | | | |
| 43. Mainstay Large Cap | B | Dividend | J | T | | | | | |
| 44. Wells Fargo Funds Emerging Growth Instl | A | Dividend | J | T | | | | | |
| 45. Oppenheimer Developing Markets | A | Dividend | J | T | | | | | |
| 46. Pioneer Mid-Cap Value | C | Dividend | N | T | | | | | |
| 47. Prudential Mid Cap Growth | B | Dividend | O | T | | | | | |
| 48. Prudential Equity Opportunity | B | Dividend | P1 | T | | | | | |
| 49. Touchstone Strategic Large Cap Growth | A | Dividend | J | T | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. *WF Command Asset Program -- LNH | | | | | | | | | |
| 53. Invesco Global Real Estate | A | Dividend | | | Sold | 01/31/14 | M | A | |
| 54. Managers AMG FDS Timesquare Midcap | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 55. Blair Williams FDS Intl Growth | B | Dividend | | | Sold | 01/31/14 | J | A | |
| 56. Advisors Inner Circle FD Cambiar | B | Dividend | | | Sold | 01/31/14 | J | A | |
| 57. Delaware Smid Cap Growth | G | Dividend | J | T | | | | | |
| 58. Delaware Group Global & Intl Equity Fund | H1 | Dividend | N | T | | | | | |
| 59. Delaware Group US Growth | A | Dividend | N | T | | | | | |
| 60. Delaware Group Small Cap Value | B | Dividend | O | T | | | | | |
| 61. Delaware Group Equity Value | D | Dividend | | | Sold | 01/31/14 | J | A | |
| 62. Delaware Group Equity Funds II | B | Dividend | J | T | | | | | |
| 63. Delaware Group Equity Funds II Cl DD | B | Dividend | J | T | | | | | |
| 64. Dreyfus Appreciation Fund | B | Dividend | | | Sold | 01/31/14 | J | A | |
| 65. DWS Value Ser Small Cap | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 66. First Eagle Funds Sogen Overseas Fund | B | Dividend | | | Sold | 01/31/14 | J | A | |
| 67. RS Investor TR Emerging | B | Dividend | | | Sold | 01/31/14 | J | A | |
| 68. Goldman Sachs TR Finl Square Treas | A | Dividend | | | Sold | 01/31/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Hancock John Cap Ser Classic Value | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 70. Harbor FD Inlt Fund | B | Dividend | | | Sold | 01/31/14 | J | A | |
| 71. Eagle Small Cap Growth Fund | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 72. Hotchkis & Wiley Mid Cap Value Fund | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 73. Keeley FDS Inc. Small Cap | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 74. Lord Abbott Global | D | Dividend | | | Sold | 01/31/14 | M | A | |
| 75. Morgan Stanley Instl Fund Trust | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 76. Mainstay Large Cap Growth Fund | B | Dividend | | | Sold | 01/31/14 | J | A | |
| 77. Wells Fargo Funds TR Emerging Growth | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 78. Oppenheimer Dev Markets CL | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 79. Pimco FDS PAC Invest Management | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 80. Prudential Invt Port 12 Global Real Estate | F | Dividend | L | T | | | | | |
| 81. Security Equity FD Guggenheim Mid Cap | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 82. Touchstone Strategic Large Cap Growth | B | Dividend | | | Sold | 01/31/14 | J | A | |
| 83. Delaware Funds Global Value | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 84. Delaware Mutual Funds Natl High Yield | F | Dividend | | | Sold | 01/31/14 | J | A | |
| 85. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | | | | | | |
| 87. | **********Equities********** | | | | | | | | | |
| 88. | Prosperity Bancshares | B | Dividend | L | T | | | | | |
| 89. | Chevron | D | Dividend | M | T | | | | | |
| 90. | Wells Fargo & Co. (GPR) | G | Dividend | P1 | T | | | | | |
| 91. | Wells Fargo & Co. (LNH) | E | Dividend | L | T | | | | | |
| 92. | | | | | | | | | | |
| 93. | | | | | | | | | | |
| 94. | ******Alternative Investments******** | | | | | | | | | |
| 95. | ABS Global Long Short | | None | J | T | | | | | |
| 96. | Aurora Diversified ASP | | None | J | T | | | | | |
| 97. | Beach Horizon ASP | | None | | | Sold | 01/02/14 | M | A | |
| 98. | Graham Alt Inv ASP | | None | M | T | | | | | |
| 99. | Corbin Pinehurst Partners ASP | | None | N | T | | | | | |
| 100. | WNT Futurs ASP | | None | M | T | | | | | |
| 101. | Blue Trend ASP | | None | M | T | Buy | 01/03/14 | M | | |
| 102. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. ****Money Market Funds ***** | | | | | | | | | |
| 105. Wells Fargo Advisors | A | Interest | J | T | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. *****Bank Accounts***** | | | | | | | | | |
| 109. JP Morgan- Chase | | None | K | T | | | | | |
| 110. Wells Fargo Bank - 1 | A | Interest | K | T | | | | | |
| 111. Wells Fargo Bank - 2 | A | Interest | N | T | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. *****Municipal Bonds***** | | | | | | | | | |
| 115. Houston Utility | C | Interest | | | Matured | 05/15/14 | J | A | |
| 116. Lower Colorado River | C | Interest | | | Matured | 05/15/14 | J | A | |
| 117. Roma ISD | A | Interest | K | T | | | | | |
| 118. New Braunfels | B | Interest | K | T | | | | | |
| 119. University of Texas | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. **********Estate********** | | | | | | | | | |
| 123. USB Cashfund Money Market | A | Interest | J | T | | | | | |
| 124. RMA Money Market Portfolio | B | Interest | J | T | | | | | See Note One |
| 125. FT Templeton Growth C | F | Interest | L | T | | | | | See Note Two |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. *********End********* | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note One: Reported last year that account was closed. It was not. Account was renamed to RMA Money Market.

Note Two: Reported last year that the account was closed. It was not.

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/15/2015 |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lynn N. Hughes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544